UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/10/2026 01:30 PM

COURTROOM 4C, 4th Floor

HONORABLE JACOB BROWN

CASE NUMBER: FILING DATE:

**3:26-bk-01231-JAB** **11** **03/25/2026**

**Chapter 11**

**DEBTOR:** Kristen Adams

**DEBTOR ATTY:** **Robert Elrod**

**TRUSTEE:** **Eugene Johnson**

**HEARING:**

Status Conference
-Order Granting Unopposed Motion to Continue Trial, to Extend Deadlines Prescribed in Trial Order and to Schedule Status Conference Doc 126
1. Trial on Objection to Debtor's Claim of Exemptions Filed by Eugene H Johnson on behalf of Trustee Eugene H. Johnson Doc 89
2. Trial on Objection to Debtor's Claim of Exemptions and Notice of Joinder Filed by Kimberly H Israel on behalf of Creditor Fidus Roofing and Construction, LLC Doc 90
3. Trial on Motion to Sell Property Free and Clear of Liens. Property description: 3526 Sheldrake Drive, Jacksonville, Florida 32223 Filed by Eugene H Johnson on behalf of Trustee Eugene H. Johnson Doc 93
-Order Scheduling Trial on 1) Trustee's Objection to Debtor's Claim of Exemptions, 2) Fidus Roofing and Construction, LLC's Objection to Debtor's Claim of Exemptions and Noitce of Joinder, and 3) Motion for Entry of Order Authorizing Trustee to Sell Real and Personal Property Free and Clear of Liens, Claims, Encumbrances and Interests Doc 95
-Response to Trustees Motion for Entry of Order Authorizing Trustee to Sell Real and Personal Property Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§ 363(B), (F) and (M) Filed by Ida A Moghimi-Kian on behalf of Creditor Citibank, N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-3 Doc 98
-Witness List Filed by Eugene H Johnson on behalf of Trustee Eugene H. Johnson Doc 99
-Witness List Filed by Kimberly H Israel on behalf of Creditor Fidus Roofing and Construction, LLC Doc 105
-Pre-Trial Brief Filed by Debtor Kristen Adams Doc 112
-Notice of Issuance of Subpoena to Appear and Testify at Trial Directed to Debtor Filed by Eugene H Johnson on behalf of Trustee Eugene H. Johnson Doc 117
Note/Pending Matters:
-Motion to Sell Property Free and Clear of Liens. Property description: 3994 Scenic Drive, Middleburg, Florida 32068 Filed by Eugene H Johnson, Trustee Doc 121
-Chapter 11 Plan of Liquidation Filed by Eugene H Johnson, Trustee Doc 122
-Disclosure Statement Filed by Eugene H Johnson, Trustee Doc 123
-Amended Motion to Sell Property Free and Clear of Liens. Property description: 11962 Nicobar Court, Jacksonville, Florida 32223 Filed by Eugene H Johnson, Trustee Doc 125

-Declaration in Compliance with Rule 902(11). Filed by Kimberly H Israel on behalf of Creditor Fidus Roofing and Construction, LLC Doc 114

-Supplemental Declaration in Compliance with FRE 902(11) Filed by Kimberly H Israel on behalf of Creditor Fidus Roofing and Construction, LLC Doc 115

**APPEARANCES:**: Kristen Adams: Debtor; Gene Johnson & Lauren Box: Trustee; Jill Kelso: United States Trustee; Kim Israel: Fidus Roofing & Construction LLC

**WITNESSES:**

**EVIDENCE:**

**RULING:** Ore Tenus Motion to Govern Procedures will be filed in Adversary Proceeding 3:26-ap-00107-JAB, filed by Eugene H. Johnson as Chapter 11 Trustee v Kristen Adams, et al is granted, Order Johnson
Status Conference

Continued to September 16, 2026 @ 3:30 pm

-Order Granting Unopposed Motion to Continue Trial, to Extend Deadlines Prescribed in Trial Order and to Schedule Status Conference Doc 126

1. Trial on Objection to Debtor's Claim of Exemptions Filed by Eugene H Johnson on behalf of Trustee Eugene H. Johnson Doc 89

2. Trial on Objection to Debtor's Claim of Exemptions and Notice of Joinder Filed by Kimberly H Israel on behalf of Creditor Fidus Roofing and Construction, LLC Doc 90

3. Trial on Motion to Sell Property Free and Clear of Liens. Property description: 3526 Sheldrake Drive, Jacksonville, Florida 32223 Filed by Eugene H Johnson on behalf of Trustee Eugene H. Johnson Doc 93

-Order Scheduling Trial on 1) Trustee's Objection to Debtor's Claim of Exemptions, 2) Fidus Roofing and Construction, LLC's Objection to Debtor's Claim of Exemptions and Noitce of Joinder, and 3) Motion for Entry of Order Authorizing Trustee to Sell Real and Personal Property Free and Clear of Liens, Claims, Encumbrances and Interests Doc 95

-Response to Trustees Motion for Entry of Order Authorizing Trustee to Sell Real and Personal Property Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§ 363(B), (F) and (M) Filed by Ida A Moghimi-Kian on behalf of Creditor Citibank, N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-3 Doc 98

-Witness List Filed by Eugene H Johnson on behalf of Trustee Eugene H. Johnson Doc 99

-Witness List Filed by Kimberly H Israel on behalf of Creditor Fidus Roofing and Construction, LLC Doc 105

-Pre-Trial Brief Filed by Debtor Kristen Adams Doc 112

-Notice of Issuance of Subpoena to Appear and Testify at Trial Directed to Debtor Filed by Eugene H Johnson on behalf of Trustee Eugene H. Johnson Doc 117

Note/Pending Matters:

-Motion to Sell Property Free and Clear of Liens. Property description: 3994 Scenic Drive, Middleburg, Florida 32068 Filed by Eugene H Johnson, Trustee Doc 121

-Chapter 11 Plan of Liquidation Filed by Eugene H Johnson, Trustee Doc 122

-Disclosure Statement Filed by Eugene H Johnson, Trustee Doc 123

-Amended Motion to Sell Property Free and Clear of Liens. Property description: 11962 Nicobar Court, Jacksonville, Florida 32223 Filed by Eugene H Johnson, Trustee Doc 125

-Declaration in Compliance with Rule 902(11). Filed by Kimberly H Israel on behalf of Creditor Fidus Roofing and Construction, LLC Doc 114

-Supplemental Declaration in Compliance with FRE 902(11) Filed by Kimberly H Israel on behalf of Creditor Fidus Roofing and Construction, LLC Doc 115

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.