**Dated: September 18, 2026**

Jacob A. Brown
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re: Case No. 3:26–bk–1231–JAB

Kristen Adams, Chapter 11

Debtor. /

**ORDER SCHEDULING TRIAL**

The Honorable Jacob A. Brown will conduct a trial in this case on: 1) Trustee's Objection to Debtor's Claim of Exemptions (Doc. 89); 2) Fidus Roofing and Construction, LLC's Objection to Debtor's Exemptions and Notice of Joinder (Doc. 90); 3) Trustee's Motion for Entry of Order Authorizing Trustee to Sell Real and Personal Property Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§ 363(b), (f), and (m) (Doc. 93); 4) Trustee's Motion to Sell Property Free and Clear of Liens re: 3994 Scenic Drive, Middleburg, Florida, 32068 (Doc. 121); and 5) Amended Motion to Sell Property Free and Clear of Liens re: 11962 Nicobar Court, Jacksonville, Florida 32223 (Doc. 125) on **Monday, November 9, 2026, at 3:00 p.m.**, in Courtroom 4C, 4th floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202 (the "Trial"). The estimated duration of the Trial is two hours. Accordingly, it is

**ORDERED:**

1. ***Witness List Deadline.*** Any party in interest that seeks to present live witness testimony at Trial must file a witness list detailing the name and address of all potential witnesses within 14 days of the date of this Order.

2. ***Pre–Trial Brief Deadline.*** Parties in interest wishing to submit pre–trial briefs must do so by no later than **Monday, November 2, 2026**. Such briefs shall not exceed ten (10) pages in length and must include key positions, material facts, and legal authority relied upon to support their respective positions. Briefs in excess of this ten page limit will be stricken from the record.

3. ***Exhibits.*** Parties in interest must comply with all requirements of Local Rules 7001−1 and 9070−1 concerning exhibits. Parties must exchange exhibits no later than **Monday, November 2, 2026**. Failure to comply with these provisions may result in exclusion of evidence.

(a) ***Objections to Authenticity.*** Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

(b) ***Self−Authentication.*** If a party intends to rely upon the self−authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

4. ***Appearance at Trial in Person.*** All parties and counsel wishing to present evidence or argument shall appear in person for this Trial.

**5. *Admonishment to Kristen Adams.* Kristen Adams has (a) continued to violate Fed. R. Bankr. P. 9011 by, *inter alia*, presenting frivolous claims that are not supported by fact or law, (b) disrupted Court proceedings on multiple occasions and been removed from Court, and (c) violated numerous orders of this Court. Any further violation of Fed. R. Bankr. P. 9011, disruption of Court proceedings, or violations of any current or future order of this Court by Kristen Adams will result in the issuance of a Writ of Bodily Attachment and direction that the United States Marshal Service apprehend and detain her.**